Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
email: rweddle@hwb-law.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BETTY G. CAREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXXON CORPORATION, EXXON SHIPPING COMPANY and EXXON CHEMICAL COMPANY, a DIVISION of EXXON CORPORATION, and EXXON MOBILE CORPORATION, | ) ) ) ) Case No. __:09-cv-_____ (___) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF REMOVAL

Defendant Exxon Mobil Corporation, formerly doing business as Exxon Corporation, Exxon Shipping Company and Exxon Chemical Company, a division of Exxon Corporation (hereinafter "Exxon Mobil Corporation"), on behalf of the named defendants, hereby provides notice of removal of this action from the Superior Court for the State of Alaska, First

NOTICE OF REMOVAL
Betty G. Carey v. Exxon Corporation, et al.
Case No. __:09-cv-_____ (___)
Page 1

Judicial District of Alaska at Juneau, pursuant to 28 U.S.C. §§1332, 1441 and 1446. In support of this notice, defendant asserts:

1. Exxon Mobil Corporation is a defendant in a civil action commenced in the Superior Court for the State of Alaska, First Judicial District at Juneau, entitled <u>Betty G. Carey v. Exxon Corporation, Exxon Shipping Company and Exxon Chemical Company, a Division of Exxon Corporation, and Exxon Mobil Corporation</u>, Case No. 1JU-09-619 CI. This is a complaint for damages in connection with the March 24, 1989 Exxon Valdez oil spill. Copies of pertinent process and pleadings served upon defendant are attached hereto as Exhibit A.

2. This notice is timely under 28 U.S.C. §1446 in that it is made within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action is based. Exxon Mobil Corporation received a copy of the initial pleading on May 18, 2009.

3. Upon information and belief, plaintiff is a citizen of the State of Alaska.

NOTICE OF REMOVAL
<u>Betty G. Carey v. Exxon Corporation, et al.</u>
Case No. __:09-cv-_____ (___)
Page 2

Case 1:09-cv-00010-JWS   Document 1   Filed 06/05/09   Page 2 of 4

4. Defendant Exxon Mobil Corporation is a citizen of the State of Texas, where it has its principal place of business.

5. There is complete diversity of citizenship among the parties.

6. According to allegations in plaintiff's complaint, the amount in controversy exceeds $75,000 exclusive of interest, costs, and attorney's fees.

7. Defendant has served a copy of this Notice of Removal on the adverse party and has served a Statement of Filing Notice of Removal on the Superior Court for the State of Alaska, First Judicial District at Juneau, attached as Exhibit B.

DATED this 5th day of June 2009, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Attorneys for Defendants
> By: s/ Randall J. Weddle
> Randall J. Weddle
> ABA No. 7206034
> 701 West Eighth Avenue, Suite 700
> Anchorage, Alaska 99501
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Rweddle@hwb-law.com

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501.3408
TELEPHONE (907) 274-0666

NOTICE OF REMOVAL
Betty G. Carey v. Exxon Corporation, et al.
Case No. __:09-cv-_____(___)
Page 3

Case 1:09-cv-00010-JWS   Document 1   Filed 06/05/09   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of June 2009, a copy of the foregoing was served electronically on:

    not applicable

and by regular U.S. mail on the following non-CM/ECF participants:

    Betty G. Carey
    P. O. Box 34112
    Juneau, AK 99803-4112

s/ Randall J. Weddle
Randall J. Weddle

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

NOTICE OF REMOVAL
Betty G. Carey v. Exxon Corporation, et al.
Case No. __:09-cv-_____(___)
Page 4